RE: Case No. 25-0190                                          DATE: 4/21/2025
COA #: 15-24-00026-CV      TC#: DCV-20363-20
STYLE: SAN MIGUEL v. SEARCY
        v.

    The petitioner filed a motion for extension of time to file petition for review pursuant to Rule 53.7(f) in the above numbered and styled case which was granted.  The petition will no longer be filed and the case is now closed.

CHRISTOPHER  PRINE
FIFTEENTH COURT OF APPEALS
P.O, BOX 12852
AUSTIN TX 78711